AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
ERIC TABARO NSHIMIYE
a/k/a Eric Tabaro Nshimiyimana

*Defendant*

Case No. 1:24-mj-1166-DLC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ERIC TABARO NSHIMIYE a/k/a Eric Tabaro Nshimiyimana, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Perjury in violation of 18 USC §1623(a);
Obstruction of Justice/Aiding and Abetting in violation of 18 U.S.C. §§ 1503 and 2;
Falsifying, concealing, and covering up a material fact by trick, scheme, or device in violation of 18 USC §1001(a)(1)

Date: 03/15/2024

*Issuing officer's signature*

City and state: Boston, Massachusetts

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Hon. Donald L. Cabell, Chief U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*